Sam Kaplan Manufacturing & Supply Co., Inc., Respondent, *v.* Motorized Talking Picture Service, Inc., Appellant.

First Department, January 19, 1934.

*Copal Mintz* of counsel [*Samuel M. Birnbaum* with him on the brief; *Samuel M. Birnbaum* and *Copal Mintz*, attorneys], for the appellant.

*Harold Mortimer Brown,* for the respondent.

Per Curiam. For the reasons stated in *Kaplan Mfg. & Sup. Co., Inc.,* v. *Motorized T. P. S., Inc.* (240 App. Div. 7), decided herewith, the judgment and order granting motion for summary judgment should be reversed, with costs, and the motion denied, with ten dollars costs.

Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

Judgment and order reversed, with costs, and motion denied, with ten dollars costs.